**Opinion issued March 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00235-CV

————————————

## IN RE iWORKS PERSONNEL, INC., LUIS TREVINO, AND HAYDEE GUTIERREZ, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Relators iWorks Personnel, Inc., Luis Trevino, and Haydee Gutierrez seek mandamus relief from the trial court's February 20, 2015 Order denying iWorks Personnel, Inc.'s Plea to the Jurisdiction. The petition

---

[1]  The underlying case is *Mose A. Guillory and Mary Guillory v. iWorks Personnel, Inc., Luis Trevino, and Haydee Gutierrez*, Cause No. 2012-61407, in the 113th Judicial District Court of Harris County.

for writ of mandamus is **DENIED**.  All pending motions are **DENIED AS MOOT**.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd